No. 04-98-00619-CR and 04-98-00620-CR



Christopher HOUSTON,


Appellant



v.



The STATE of Texas,


Appellee



From the 226th Judicial District Court, Bexar County, Texas


Trial Court No. 93-CR-6487 and 98-CR-1390


Honorable Sid L. Harle, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: August 19, 1998


DISMISSED


 Appellant has filed a motion to dismiss these appeals by withdrawing his notices of appeal.
The motion is granted and these appeals are dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH